UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LONNIE SPELLMAN, :
:  CIVIL ACTION NO. 3:22-0069
     Plaintiff :
:  (JUDGE MANNION)
     v. :
:
JOHN DOE SECRETARY et al., :
:
     Defendants :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss, (Doc. 11) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: March 28, 2023
22-0069-01-ORDER